JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

### CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Western District of Missouri.

**The completed cover sheet must be saved as a pdf document and filed as an attachment to the Complaint or Notice of Removal.**

| **Plaintiff(s):** | **Defendant(s):** |
|---|---|
| First Listed Plaintiff: | First Listed Defendant: |
| Kent Slaughter ; | Bass Pro, Inc. ; |
| **County of Residence:** Webster County | **County of Residence:** Greene County |

**County Where Claim For Relief Arose:** Greene County

| **Plaintiff's Attorney(s):** | **Defendant's Attorney(s):** |
|---|---|
| Attorney Gerald Singleton (Kent Slaughter) | |
| Singleton Schreiber, LLP | |
| 1414 K Street, Suite 470 | |
| Sacramento, California 95814 | |
| **Phone:** (916) 248-8478 | |
| **Fax:** | |
| **Email:** gsingleton@singletonschreiber.com | |

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 890 Other Statutory Actions

**Cause of Action:** 15 U.S.C. section 2301, et seq. - Class Action for violation for Consumer Protection Laws

**Requested in Complaint**

**Class Action:** Class Action Under FRCP23

**Monetary Demand (in Thousands):** 5,000,000

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** Gerald Singleton

**Date:** 7/8/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.