IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KENT SLAUGHTER, LARRY WATTS, CHRISTOPHER QUINN, KEVIN KEARBY, JAMES CAIN and FREDRICK HECKS, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BASS PRO, INC, *et al.,* <br><br> Defendants. | Case No. 6:22-cv-03174-RK |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Bass Pro, Inc., BPS Direct, LLC, Bass Pro Outdoor World, LLC, Bass Pro Group, LLC, Great American Outdoors Group, LLC, Great Outdoors Group, LLC and American Sportsman Holdings Co. (hereinafter "Defendants" or "Bass Pro"), hereby move this court for summary judgment in its favor on all counts. After sufficient discovery, Plaintiffs have not been able to produce, and will not be able to produce, evidence sufficient to allow the trier of fact to find the existence of key elements of Count I – Violations of the Missouri Merchandising Practices Act; Count II – Breach of Express Warranty; Count III – Violation of the Magnuson-Moss Warranty Act; Count IV – Unjust Enrichment; and Count V – Fraud.

In support of this Motion for Summary Judgment, Defendants incorporate herein and contemporaneously file herewith Suggestions in Support of its Motion for Summary Judgment and Statement of Uncontroverted Material Facts.

WHEREFORE, Defendants Bass Pro respectfully request this court to enter judgment in their favor on Counts I, II, III, IV and V of Plaintiffs' Third Amended Complaint and for such other and further relief as the Court deems just and proper.

HUSCH BLACKWELL LLP

By: /s/ *Bryan O. Wade*
Bryan O. Wade, Mo. Bar No. 41939
Jacob H. Addington, MO Bar No. 76530
3810 E. Sunshine St., Suite 300
Springfield, MO 65809
Office: (417) 268-4000
Fax No: (417) 268-4040
bryan.wade@huschblackwell.com
jake.addington@huschblackwell.com
***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this 2nd day of December, 2024, by operation of the Court's electronic filing system to all parties.

/s/ *Bryan O. Wade*