# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DISTRICT

| | |
|---|---|
| KENT SLAUGHTER, LARRY WATTS, CHRISTOPHER QUINN, KEVIN KEARBY, JAMES CAIN, and FREDRICK HECKS on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BASS PRO, INC.; BPS DIRECT, LLC; BASS PRO OUTDOOR WORLD, LLC; BASS PRO GROUP, LLC; GREAT AMERICAN OUTDOORS GROUP, LLC; GREAT OUTDOORS GROUP, LLC; AMERICAN SPORTSMAN HOLDINGS CO.;<br><br>and<br><br>JOHN DOES 1-100,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Case No. 6:22-cv-03174-RK |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs KENT SLAUGHTER, LARRY WATTS, CHRISTOPHER QUINN, KEVIN KEARBY, JAMES CAIN, and FREDRICK HECKS, together with Defendants BASS PRO, INC.; BPS DIRECT, LLC; BASS PRO OUTDOOR WORLD, LLC; BASS PRO GROUP, LLC; GREAT AMERICAN OUTDOORS GROUP, LLC; GREAT OUTDOORS GROUP, LLC; AMERICAN SPORTSMAN HOLDINGS CO., hereby stipulate to dismissal of this action against all Defendants with prejudice, with each side to bear their own costs.

1

Dated: March 24, 2025                     SINGLETON SCHREIBER, LLP


                                          By: */s/ GERALD SINGLETON*
                                              GERALD SINGLETON

                                          Attorneys for Plaintiffs


Dated: March 24, 2025                     HUSCH BLACKWELL


                                          By: */s/ BRYAN WADE*
                                              BRYAN WADE

                                          Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing instrument was forwarded this March 24, 2025, by operation of the Court's electronic filing system to all parties.

By: <i>/s/ GERALD SINGLETON</i><br>
Gerald Singleton, Mo. Bar No. 72259